## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES BLACK, et al., individually and on behalf of similarly situated employees,**<br><br>    **Plaintiff,**<br><br>**VERSUS**<br><br>**DMNO, LLC, et al.**<br><br>    **Defendants.** | **CIVIL ACTION NO. 2:16cv002708-SM-KWR** |

### DEFENDANTS' MOTION TO QUASH THE THIRD-PARTY SUBPOENA ISSUED TO HEARTLAND PAYMENT SYSTEMS, INC.

Defendants hereby move the Court for an Order quashing the third-party subpoena that Plaintiffs issued to Heartland Payment Systems, Inc. ("Heartland") on November 7, 2017, the last day of discovery, and which calls for the production of documents by Heartland on November 21, 2017, fourteen days after the discovery deadline. Defendants filed an accompanying Memorandum with attached Exhibits setting forth the reasons why Defendants' Motion to Quash should be granted by the Court. Respectfully submitted this 13th day of November, 2017.

>Respectfully submitted,
>
>DMNO, LLC
>
>s/Steven R. Cupp
>Steven R. Cupp, Esq. (LA BAR NO. 21413)
>Jaklyn Wrigley, Esq., PHV
>FISHER & PHILLIPS LLP
>2505 14th Street, Suite 300
>Gulfport, Mississippi 39501
>(228) 822-1440 - Telephone
>(228) 822-1441 – Facsimile
>scupp@fisherphillips.com
>jwrigley@fisherphillips.com

FPDOCS 33440557.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing "Defendants' Motion to Quash the Third-Party Subpoena Issued to Heartland Payment Systems, Inc." with the Clerk of Court using the ECF-System, which sent notification of same to the following:

Laura L. Catlett, Esq.
650 Poydras Street, Suite 1414
New Orleans, Louisiana 70130
Telephone: (504) 521-7958
Facsimile: (866) 587-6697
LauraLCatlettLaw@gmail.com

and

Jessica Vasquez, Esq.
Vasquez Law
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone:  (504) 571-9582
Facsimile:  (504) 684-1449
jvasquez@vasquezlawoffice.com

DATED this the 13th day of November, 2017.

                                                                        s/Steven R. Cupp
                                                                        STEVEN R. CUPP, ESQ.