**Cupp, Steve**

| | |
|---|---|
| **From:** | jessica.vasquezf@gmail.com on behalf of Jessica Vasquez <jvasquez@vasquezlawoffice.com> |
| **Sent:** | Thursday, November 9, 2017 12:10 PM |
| **To:** | Cupp, Steve; Wrigley, Jaklyn; Laura Catlett |
| **Subject:** | Black v. DMNO, LLC et al |
| **Attachments:** | 20171107165241657.pdf |

Steve-

Attached is a copy of the subpoena directed to Heartland Payment Systems that we sent out on Tuesday evening.

Jessica Vasquez

--
Jessica M. Vásquez
VÁSQUEZ LAW OFFICE
400 Poydras Street
Ste. 900
New Orleans, LA 70130
t: (504) 571.9582
f: (504) 684.1449
jvasquez@vasquezlawoffice.com