MINUTE ENTRY
MORGAN, J.
June 13, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES BLACK, ET AL.,**  **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2708** |
| **DMNO, LLC, ET AL.,**  **Defendants** | **SECTION: "E" (4)** |

A status conference was held on June 13, 2017 at 2:00 p.m. in the chambers of Judge Susie Morgan.

> Present:   Laura Catlet, counsel for All Plaintiffs; Steven Cupp, counsel for Defendants, DMNO, LLC, Doron Moshe Rebi-Chia, Itai Ben Eli, and Itamar Levy.

The parties discussed the status of the case.

The parties will contact the magistrate judge to schedule a settlement conference to be held in early September.

Plaintiffs' counsel will depose during the month of July any managers of DMNO, LLC she wishes to depose.

Plaintiffs will serve during the month of July written discovery on the Defendants.

Plaintiffs' counsel represented that notice to potential class members was sent on June 1, 2017. Accordingly, potential class members have until July 31, 2017 to opt in.

**New Orleans, Louisiana, this 13th day of June, 2017.**

*Susie Morgan*
_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:25)

EXHIBIT 3