# Cupp, Steve

| | |
|---|---|
| **From:** | jessica.vasquezf@gmail.com on behalf of Jessica Vasquez <jvasquez@vasquezlawoffice.com> |
| **Sent:** | Thursday, October 12, 2017 6:10 PM |
| **To:** | Cupp, Steve |
| **Cc:** | Laura Catlett; Wrigley, Jaklyn |
| **Subject:** | Re: Doris; Deposition of Dontay Kinchen |
| **Attachments:** | ROGS RPD.pdf |

Steve-

Please find attached discovery requests propounded to your client. Thank you.

Jessica Vasquez

EXHIBIT 4