IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES BLACK, et al., individually and on behalf of similarly situated employees,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:16cv002708-SM-KWR** |
| **VERSUS** | |
| **DMNO, LLC, et al.** | |
| **Defendants.** | |

### DEFENDANTS' NOTICE OF SUBMISSION OF MOTION TO QUASH

Pursuant to Eastern District of Louisiana LR 7.2, please take notice that Defendants have submitted for hearing their Motion to Quash the Third-Party Subpoena Issued to Heartland Payment Systems, Inc., their Memorandum in Support of the Motion to Quash, and this Notice of Submission, for hearing before Magistrate Judge Roby on November 29, 2017.

Respectfully submitted this the 13th day of November, 2017.

    Respectfully submitted,

    DMNO, LLC

    s/Steven R. Cupp
    Steven R. Cupp, Esq. (LA BAR NO. 21413)
    Jaklyn Wrigley, Esq., PHV
    FISHER & PHILLIPS LLP
    2505 14th Street, Suite 300
    Gulfport, Mississippi 39501
    (228) 822-1440 - Telephone
    (228) 822-1441 – Facsimile
    scupp@fisherphillips.com
    jwrigley@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing "Notice of Submission of Defendants' Motion to Quash" with the Clerk of Court using the ECF-System, which sent notification of same to the following:

Laura L. Catlett, Esq.
650 Poydras Street, Suite 1414
New Orleans, Louisiana 70130
Telephone: (504) 521-7958
Facsimile: (866) 587-6697
LauraLCatlettLaw@gmail.com

and

Jessica Vasquez, Esq.
Vasquez Law
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone:  (504) 571-9582
Facsimile:  (504) 684-1449
jvasquez@vasquezlawoffice.com

DATED this the 13th day of November, 2017.

s/Steven R. Cupp
STEVEN R. CUPP, ESQ.