# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**JAMES BLACK, et al, individually and on
behalf of those similarly situated employees,**

                          **Plaintiffs,**                  **CIVIL ACTION NO. 2:16cv02708**

**VERSUS**

**DMNO, LLC, et al**

                          **Defendants**

## <u>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who pursuant to rule 56 of the Federal Rules of Civil Procedure, move this Honorable Court for entry of partial summary judgment on the issue of Defendants' liability for tip credit and/or minimum wage violations.  Plaintiffs submit that no genuine issue as to any material fact exists; therefore, Plaintiffs are entitled to partial summary judgment as a matter of law as requested.

                    Respectfully submitted,

                    <u>*/s/Laura L. Catlett*</u>

                    Laura L. Catlett, Attorney at Law, LLC

                    Louisiana Bar No. 31431

                    3014 Dauphine Street, Suite X

                    New Orleans, LA  70117

                    Telephone: (504)521-7958

                    Fax:  (866)587-6697

                    Email:  LauraLCatlettLaw@gmail.com

and

*/s/Jessica M. Vasquez*

Vasquez Law Office

Louisiana bar No. 27124

400 Poydras Street, Ste 900

New Orleans, LA  70130

Telephone:  (504)571-9582

Fax:  (504)684-1449

jvasquex@vasqueslawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2017, I electronically filed
the foregoing using the CM/ECF system, which will send a notice of electronic filing
to all counsel of record in the proceeding.

/s/ *Laura L. Catlett*
LAURA L. CATLETT