UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**JAMES BLACK, et al, individually and on behalf of those similarly situated employees,**

            **Plaintiffs,**                   **CIVIL ACTION NO. 2:16cv02708**

**VERSUS**

**DMNO, LLC, et al**

            **Defendants**

## PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who submit the following statement of uncontested material facts as to which Plaintiffs contend there are no genuine issues to be tried pursuant to Local rule 56.1

1. Plaintiffs, with the exception of Shannon McSwain, who was a bartender, worked as servers at Doris, where they were all "engaged in commerce" as required by the FLSA. *See* Rec. Docs. 1 and 6 at ¶¶ 3-17.

2. DMNO, LLC operates Doris and is an "employer" within the meaning of FLSA, 29 U.S.C. § 203(d), an "enterprise" within the meaning of FLSA, 29 U.S.C. § 203(r), and "engaged in commerce" within the meaning of FLSA, 29 U.S.C. § 203(s)(1). *See* Rec. Docs. 1 and 6 at ¶18.

3. All Plaintiffs worked at Doris within three years of the filing of the Complaint in this matter. *See* Rec. Docs. 1 and 6 at ¶ 22.

4. Servers were paid cash wages of $2.13 per hour and Shannon McSwain was paid $12.00

per hour.  *See* Rec. Docs. 1 and 6 at ¶¶ 24-25.

5. In addition to their hourly wage, servers also received tips from restaurant patrons.  *See* Rec. Docs. 1 and 6 at ¶26.

6. Defendants claimed a "tip credit" under the FLSA.  *See* Rec. Docs. 1 and 6 at ¶27.

7. Defendants operated a tip pool in which Service Captains (listed as managers on close out sheets showing allocation of tips) received 10% of servers' tips.  *See* Rec. Docs. 1 and 6 at ¶28 and Exhibit A to Doc. 1.

8. Defendant, Itai Ben Eli is a Manager of DMNO, LLC.  *See* Rec. Docs. 1 and 6 at ¶20.  In his role as Manager, he is in charge of the front of the house.  Deposition of Ben Eli at 8, 12-14, Exh A.

9. Itai Ben Eli would also cover manager shifts as needed.  *Id* at 18, 4-9.

10. A percentage of servers' tips was distributed to the manager(s) for each shift at Doris and this percentage was deducted from servers' tips when Itai Ben Eli acted as floor manager. (Deposition of Dontay Kinchen at 19, 14-21, Exh B); (Deposition of Melissa Rogers at 14, 7-15, Exh C); (Deposition of Tiffanie Campbell at 11, 4-21, Exh D, including Exhibit 2 to deposition-February 8, 2015 close out sheet).

11. The tips that were deducted from servers and intended for managers when Itai Ben Eli managed were not distributed but remained in the operating account of DMNO,LLC. (Campbell 14, 3-5, Exh D)

12. Itamar Levy instructed Tiffanie Campbell not to distribute tip amounts deducted from servers' and allotted for Itai Ben Eli.  As a result, those tips (10% of servers' tips) were retained in the DMNO, LLC account. (Campbell at 14, 15-20, Exh D); (Deposition of

Itamar Levy at 6 and 7, 1-16, Exh E).

13. Itamar Levy is a manager of DMNO,LLC and owner operator of Doris. *See* Rec. Docs. 1 and 6 at ¶21.

14. Defendants' only documentary evidence related to service charges is an "Excel spreadsheet, authenticated by Mr. Levy, showing the amount of tips/service charges paid to Service Captains/Service Managers during the relevant time period of this litigation compared to the amount of compulsory service charges during the same time period. *See* Rec. Doc. 43.

15. DMNO, LLC added tips and service charges before distributing them amongst employees, thereby treating tips and service charges the same. Ben Eli at 14, 20-25 and 15, 1-4, Exh A.

16. During the time period relevant to this case, automatic gratuities on parties of six or more were discretionary and left up to the server at Doris. Kinchen at 24, 17-22, Exh B.

17. Voluntary tips and automatic gratuities were added together and therefore indistinguishable on the close out sheets utilized by DMNO, LLC. Rogers at 19, 8-15, Exh C.

Respectfully submitted,

*/s/Laura L. Catlett*

Laura L. Catlett, Attorney at Law, LLC

Louisiana Bar No. 31431

3014 Dauphine Street, Suite X

New Orleans, LA  70117

Telephone: (504)521-7958

Fax:  (866)587-6697

Email:  LauraLCatlettLaw@gmail.com

and

*/s/Jessica M. Vasquez*

Vasquez Law Office

Louisiana bar No. 27124

400 Poydras Street, Ste 900

New Orleans, LA  70130

Telephone:  (504)571-9582

Fax:  (504)684-1449

jvasquex@vasqueslawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the proceeding.

/s/ *Laura L. Catlett*
LAURA L. CATLETT