```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4   JAMES BLACK, ET AL         *
 5   VERSUS                     *   NO. 2:16cv002708-SM-KWR
 6   DMNO, LLC, ET AL           *
 7   * * * * * * * * * * * * * * * * * * * * * * * *
 8
 9            The deposition of ITAI ELIRAN BEN ELI, taken
10       in connection with the captioned cause, pursuant
11       to the following stipulations before Denise E.
12       D'Arcourt, Certified Court Reporter, at the
13       offices of Fisher & Phillips, LLP, 201 St.
14       Charles Avenue, Suite 3710, New Orleans,
15       Louisiana 70170, on the 13th day of October
16       2017, beginning at 10:02 a.m.
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | Q | Does the LLC, DMNO -- does it file its own tax |
| 2 | | returns? |
| 3 | A | Yeah. |
| 4 | Q | And then you file personal tax returns for your |
| 5 | | income -- |
| 6 | A | Correct. |
| 7 | Q | -- from the corporation? |
| 8 | A | Correct. |
| 9 | Q | And, first, with regard to the three managing |
| 10 | | partners that are actually on the LLC, -- |
| 11 | A | Uh-huh. |
| 12 | Q | -- what are your roles in the corporation? |
| 13 | A | Okay. I'm -- myself -- is in charge of the |
| 14 | | front of the house. We have Itamar, who is in |
| 15 | | charge of all the administration. And we have |
| 16 | | Doron or we call him "Dori" -- he is -- he also |
| 17 | | does front of the house with me and any |
| 18 | | maintenance and future projects. |
| 19 | Q | When you say administration, can you tell me a |
| 20 | | little bit more about that? |
| 21 | A | Sure. It's basically the back office. All the |
| 22 | | reports dealing with payment, suppliers, |
| 23 | | payrolls. Things of this sort. |
| 24 | Q | Food costs, maybe? Is that dealt with by |
| 25 | | administration? |

| | | |
|---|---|---|
| 1 | A | I can't recall exactly what was the name on the |
| 2 | | card.  But, you know, there could be that they |
| 3 | | had a manager title on the card.  But, again, |
| 4 | | I -- I see it more as, you know, when -- when a |
| 5 | | service captain gives a card to -- to a guest, |
| 6 | | you know, not necessarily the guest understand |
| 7 | | the hierarchy or how service at a restaurant |
| 8 | | works.  You know, he just wants to know that, |
| 9 | | you know, this is someone who is maybe a little |
| 10 | | above a server that greeted "me" or told "me" |
| 11 | | something, and so. |
| 12 | Q | Who at Doris Metropolitan have hiring and firing |
| 13 | | authority? |
| 14 | A | Myself. |
| 15 | Q | Would you disagree that Dontay had fired people |
| 16 | | before over the phone? |
| 17 | A | Yeah, I would disagree that. |
| 18 | Q | And would you tell us what the percentages were |
| 19 | | for tip distribution? |
| 20 | A | Yes.  Out of, let's say a hundred percent tip |
| 21 | | pool, 25 percent goes to the server assistants; |
| 22 | | 10 percent gets to the service captain, and the |
| 23 | | rest is going to the server -- the servers. |
| 24 | | Now, in that tip pool, we have, you know, credit |
| 25 | | card tips.  We have service charges, and -- and |

```
 1        it's billed out of that.  And that's what we
 2        divide, you know.  We -- we put back,
 3        obviously, all the tips and the service charges,
 4        and then we divide it.
 5    Q   And what is your background, a little bit, as
 6        far as the restaurant industry is concerned?
 7        Had you worked in prior restaurants before?
 8    A   Yeah.  I mean, I started myself as a server and
 9        a bartender.  That was back in Israel.  And, you
10        know, I think I've done every position in the --
11        in this industry and -- and out of passion.  And
12        that's how I learned, and -- and until I became,
13        you know, an owner.  And my strength was always,
14        you know, the front of the house, because that's
15        what I mainly did, so.
16    Q   Were you advised -- and I don't need to know the
17        content of the advice, but were you advised by
18        anyone with regard to setting up a tip pool and
19        paying employees?
20    A   Did I -- I'm just trying to understand the
21        question.  The question is, did I consult with
22        somebody?
23    Q   Sure.  And I don't need to know what was said.
24        I just need to know, did you consult with
25        someone?
```

| | | |
|---|---|---|
| 1 | | front of the house.  And I understand that you |
| 2 | | developed and implemented policies and |
| 3 | | procedures for the front of the house, that you |
| 4 | | would hire and that you would fire.  Did you |
| 5 | | also cover shifts as a manager in the front of |
| 6 | | the house? |
| 7 | A | Not on a regular basis.  But, if an emergency |
| 8 | | has happened or something that -- you know, on |
| 9 | | rare occasions, I would, yes.  And I would -- I |
| 10 | | would serve as well, if necessary, you know.  I |
| 11 | | would do whatever it takes. |
| 12 | Q | And are you familiar with everyone who's a named |
| 13 | | plaintiff in this case? |
| 14 | A | Yes, I am. |
| 15 | Q | Would you agree that they were employees of |
| 16 | | Doris Metropolitan? |
| 17 | A | Yes. |
| 18 | Q | DMNO, LLC? |
| 19 | A | Yes, yes. |
| 20 | Q | And I know that these pictures are not the best. |
| 21 | | I know you've already seen them.  We produced |
| 22 | | them.  I'm assuming you saw them.  We produced |
| 23 | | these in document production.  They were photos |
| 24 | | that were taken of the tip-out sheets. |
| 25 | A | Uh-huh. |