Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

JAMES BLACK, ET AL           *

VERSUS                       *          NO. 2:16cv002708

DMNO, LLC, ET AL             *

* * * * * * * * * * * * * * * * * * * * * * * *

      The deposition of DONTAY KINCHEN, taken in connection with the captioned cause, pursuant to the following stipulations before Denise E. D'Arcourt, Certified Court Reporter, at the offices of Fisher & Phillips, LLP, 201 St. Charles Avenue, Suite 3710, New Orleans, Louisiana 70170, on the 2nd day of November 2017, beginning at 1:04 p.m.

| | | |
|---|---|---|
| 1 | | But also she comes down, picks it up, and gets |
| 2 | | her numbers that she needs. |
| 3 | Q | Okay. And that's Tiffanie Campbell? |
| 4 | A | Yes. |
| 5 | Q | Just so we're sure who keeps the books at Doris |
| 6 | | Metropolitan. |
| 7 | A | Yes. |
| 8 | Q | So she uses this sheet to pay people? |
| 9 | A | Yeah. |
| 10 | Q | And that would include servers and -- |
| 11 | A | SA's. |
| 12 | Q | -- and managers and SA's. |
| 13 | A | Yes. |
| 14 | Q | And, when you see -- whoever's listed under |
| 15 | | manager's name, is that who managed that shift? |
| 16 | A | Yes. |
| 17 | Q | Okay. Is that ever representative of who did |
| 18 | | the math on this sheet as opposed to who managed |
| 19 | | the shift? |
| 20 | A | No. We did -- usually, whoever the top name is |
| 21 | | is who did the math on the sheet. |
| 22 | Q | Okay. |
| 23 | A | So I was most of the time the closer. |
| 24 | Q | And also the manager? |
| 25 | A | Yeah. |

| | | |
|---|---|---|
| 1 | | managing job is not the same as other managing |
| 2 | | jobs. |
| 3 | Q | And is that because of the extent of the table |
| 4 | | duties? |
| 5 | A | Well, yeah.  I mean, other tables -- other |
| 6 | | places your work there's more delegation, and it |
| 7 | | more, you know, more of me telling you what |
| 8 | | needs to be done, and I'm looking for you to do |
| 9 | | so.  But, at this, it's telling you what needs |
| 10 | | to be done, but also I need to jump in there and |
| 11 | | get it done myself. |
| 12 | Q | And does Doris add a -- a service charge to |
| 13 | | certain checks? |
| 14 | A | To larger parties. |
| 15 | Q | Okay.  And what size party would that be? |
| 16 | A | Six or more, twenty percent. |
| 17 | Q | And that's automatically put in on the tab? |
| 18 | A | It depends.  So, back then, it was kind of up to |
| 19 | | the discretion on the server.  But, now, it's |
| 20 | | just automatically put on.  But, I mean, that's |
| 21 | | been at least two years they just automatically |
| 22 | | starting putting it on. |
| 23 | Q | Okay. |
| 24 | A | Because some people got stiffed, so. |
| 25 | Q | Sure, okay.  And those are parties for six or |