```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4   JAMES BLACK, ET AL           *
 5   VERSUS                       *   NO. 2:16cv002708-SM-KWR
 6   DMNO, LLC, ET AL             *
 7   * * * * * * * * * * * * * * * * * * * * * * * *
 8
 9            The deposition of MELISSA ROGERS, taken in
10       connection with the captioned cause, pursuant to
11       the following stipulations before Denise E.
12       D'Arcourt, Certified Court Reporter, at the
13       offices of Fisher & Phillips, LLP, 201 St.
14       Charles Avenue, Suite 3710, New Orleans,
15       Louisiana 70170, on the 13th day of October
16       2017, beginning at 2:48 p.m.
17
```

| | | |
|---|---|---|
| 1 | | different amounts represent?  Is that the total? |
| 2 | A | Sure.  The 366 and change -- I can't read the |
| 3 | | change -- is the total to be split amongst the |
| 4 | | two of us, so that was just us dividing it by |
| 5 | | two to do the math for our office administrator |
| 6 | | payroll. |
| 7 | Q | And then, under where it says managers' names, |
| 8 | | the names that are listed on there -- were those |
| 9 | | the managers for that shift, or was that whoever |
| 10 | | actually did the calculations on this sheet? |
| 11 | A | No.  This was who managed the shift.  If you do |
| 12 | | not manage on the shift, you're not -- |
| 13 | Q | Listed on here. |
| 14 | A | -- listed on here.  Which is why you'll see |
| 15 | | there's dates with just one of us or both of us. |
| 16 | Q | And then let me ask you a little bit which |
| 17 | | doesn't necessarily have to do with this sheet. |
| 18 | | With regard to cash tips, how were those |
| 19 | | calculated and taken care of and passed out? |
| 20 | A | Sure.  So the cash -- all of the cash was handed |
| 21 | | to whoever the closing manager was with their |
| 22 | | end-of-shift report.  We would count the cash |
| 23 | | plus what was in our drawer that was owed to the |
| 24 | | house.  Everything else that was left was tips |
| 25 | | to be split amongst the servers.  And it was the |

```
 1  EXAMINATION BY CUPP:
 2  Q     Yeah, I just have a question, Melissa, just to
 3        get on the record.  Can you describe for the
 4        record when a serve -- an automatic service
 5        charge is put on someone's bill of fare?
 6  A     Sure.  We do -- six or more, we'll add an
 7        automatic 20 percent service charge.
 8  Q     Okay.  And, if you look at the -- the tip-out
 9        sheet, and where you see charge tips, would the
10        service charges that are charged to the
11        customers be included in that --
12  A     Yes, that is --
13  Q     -- in those numbers?
14  A     Tips that were added by guests and also service
15        charges.
16  Q     Okay.
17            MR. CUPP:
18                All right.  I don't have anything
19            further.
20            MS. CATLETT:
21                That's it for me.
22  THE WITNESS WAS EXCUSED.
23  DEPOSITION CONCLUDED AT 3:04 P.M.
24
25
```