1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4   JAMES BLACK, ET AL         *
 5   VERSUS                     *  NO. 2:16-cv-002708-SM-KWR
 6   DMNO, LLC, ET AL           *
 7   * * * * * * * * * * * * * * * * * * * * * * * *
 8
 9            The deposition of TIFFANIE CAMPBELL, taken
10       in connection with the captioned cause, pursuant
11       to the following stipulations before Denise E.
12       D'Arcourt, Certified Court Reporter, at the
13       offices of Fisher & Phillips, LLP, 201 St.
14       Charles Avenue, Suite 3710, New Orleans,
15       Louisiana 70170, on the 7th day of November
16       2017, beginning at 2:23 p.m.
17
18
19
20
21
22
23
24
25
```


D

```
 1   A    Yes.
 2   Q    And what about when there was one manager?
 3   A    It's ten percent, and they keep it.
 4   Q    Okay.  And, when this sheet is calculated and
 5        these amounts are recorded downstairs at the end
 6        of each shift, who is it that does that?  Who's
 7        responsible for that?
 8   A    The service captain, whoever that's closing.
 9   Q    So, as listed on here, it would be one of the
10        managers?
11   A    Right.
12   Q    And, on this sheet, can you tell me who the
13        managers were that night?
14   A    Melissa and Dontay.
15   Q    Is there any way for you to tell who did the
16        calculations?
17   A    It -- not really, no.
18   Q    Aside from the two people who would be listed as
19        managers on here, is there anyone else who would
20        have calculated this at the end of the shift?
21   A    No.
22             MS. CATLETT:
23                  I'm going to give that back to you.
24             And then this is actually going to be 2
25             (Exhibit 2).  This says -- this already --
```

```
 1        blank name, a blank spot.
 2   Q    Is there any reason why it was blank?
 3   A    Because the tips did not actually go to Itai.
 4   Q    Where did they go?
 5   A    They weren't distributed.
 6   Q    So they stay in an account somewhere?
 7   A    Yes.  Just -- they just weren't distributed.
 8   Q    But they were in fact deducted from the other
 9        people who worked that shift?
10   A    Yes.
11   Q    And why is it that they would not have been
12        given to Itai?
13   A    I -- I don't know.  I was just instructed not
14        to.
15   Q    Is there any reason why you wouldn't just not
16        deduct it in the first place?
17   A    I -- I don't do the tip sheets, so I just
18        transfer it to a spreadsheet.
19   Q    Can you tell me who told you how to do that?
20   A    To transfer it from this to -- Itamar.
21   Q    And then I also wanted to ask you a couple of
22        questions with regard to overtime and minimum
23        wage there.  And you may not know some of the
24        answers.  If you don't, that's okay.  You can
25        let me know.  But I wanted to ask you, are you
```

10/12/2017 IMG_0027.jpg 1 Itai

**Credit Card Transactions**

Date: 2/28/13 Am/Pm

| Servers Name | Charge Tips | Corrected | Cash tips |
|---|---|---|---|
| Saul | 234 | | |
| Syndney | 203 | | |

Gross Total: 3/2.5  
Gross Total: 20

Manager Name: Itai  
Shift Manager: 15.5  
Less S/A: 19.3  
Servers Total: 292.2  
Servers Average: 110  
SA Average:

Less S/A:  
Servers Total: 20  
Servers Average: 10  
SA Average: —

Cash Tips

S/A Name

Cash Sales

EXHIBIT 2