```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4   JAMES BLACK, ET AL        *
 5   VERSUS                    *  NO. 2:16-cv-002708-SM-KWR
 6   DMNO, LLC, ET AL          *
 7   * * * * * * * * * * * * * * * * * * * * * * * *
 8
 9         The deposition of ITAMAR LEVY, taken in
10   connection with the captioned cause, pursuant to
11   the following stipulations before Denise E.
12   D'Arcourt, Certified Court Reporter, at the
13   offices of Fisher & Phillips, LLP, 201 St.
14   Charles Avenue, Suite 3710, New Orleans,
15   Louisiana 70170, on the 7th day of November
16   2017, beginning at 2:52 p.m.
17
18
19
20
21
22
23
24
25
```

E

```
 1        gave her.  Did you hear that?
 2   A    I would prefer if you reminded me.
 3   Q    Okay.  When reconciling the sheet that we talked
 4        about -- and let me show you that exhibit that
 5        was marked in Ms. Campbell's deposition as
 6        Exhibit 2.  So I'm going to show you Exhibit 2
 7        from Ms. Campbell's deposition.  Take a look at
 8        that.
 9   A    Yeah, I've got.
10   Q    Okay.  We were -- she was discussing the $15.80
11        that is in the box under shift manager.  Do you
12        see that?
13   A    Uh-huh.
14   Q    Was that a "yes"?
15   A    Yes.
16   Q    Okay.
17   A    Sorry.
18   Q    Yeah.  She has to transcribe it.
19   A    I get it.  I remember -- I remember the other
20        counsel coaching Tiffanie.
21   Q    Have you ever been in a deposition before today?
22   A    I don't think so.
23   Q    Okay.
24   A    I've sat in front of attorneys.  I don't think
25        it was actually a deposition.  So I really -- I
```

```
 1        don't think so.
 2    Q   Okay.  So, when she was discussing the $15.80,
 3        she talked about where that money was going.
 4    A   Uh-huh.
 5    Q   Do you remember that?
 6    A   Yes.
 7    Q   Can you tell me where that money was deposited,
 8        or where was it put after it was received?
 9    A   Well, all money that we receive's been deposited
10        at the bank, so that's where it went.
11    Q   What account?  Under what account?
12    A   Our -- under our business account.
13    Q   It would be DMNO?
14    A   Doris Metropolitan.  Yes, Doris Metropolitan.
15    Q   Operating account?
16    A   Yes.
17    Q   Okay.
18    A   That money is actually -- has been processed.
19        We don't receive a check, and it's not a cash
20        sale, from what I can see.  So all -- everything
21        that we receive is -- is processed and deposited
22        into our bank.
23    Q   And it would be used for whatever is needed for
24        the restaurant?
25    A   Anything from -- anything that -- you know, the
```