UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**JAMES BLACK, et al, individually and on
behalf of those similarly situated employees,**

                **Plaintiffs,**                **CIVIL ACTION NO. 2:16cv02708**

**VERSUS**

**DMNO, LLC, et al**

                **Defendants**

### PLAINTIFFS' NOTICE OF SUBMISSION OF MOTION FOR PARTIAL SUMMARY JUDGMENTACTS

Pursuant to Local Rule 7.2, please take notice that Plaintiffs have submitted for hearing their Motion for Partial Summary Judgment, their Memorandum in Support thereof, and this Notice of Submission, for hearing before Judge Morgan on November 29, 2017.  Submitted this 14th day of November, 2017.

        Respectfully submitted,

        */s/Laura L. Catlett*

        Laura L. Catlett, Attorney at Law, LLC

        Louisiana Bar No. 31431

        3014 Dauphine Street, Suite X

        New Orleans, LA  70117

        Telephone: (504)521-7958

        Fax:  (866)587-6697

        Email:  LauraLCatlettLaw@gmail.com

        and

1

*/s/Jessica M. Vasquez*

Vasquez Law Office

Louisiana bar No. 27124

400 Poydras Street, Ste 900

New Orleans, LA  70130

Telephone:  (504)571-9582

Fax:  (504)684-1449

jvasquex@vasqueslawoffice.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the proceeding.

/s/ *Laura L. Catlett*
LAURA L. CATLETT