✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| JAMES BLACK, ET AL. | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| DMNO, LLC, ET AL. | Case Number: 16-2708 "E"(4) |

| PRESIDING JUDGE<br>District Judge Susie Morgan | PLAINTIFF'S ATTORNEY<br>Jessica Vasquez and Laura Catlett | DEFENDANT'S ATTORNEY<br>Steven Cupp and Jaklyn Wrigley |
|---|---|---|
| TRIAL DATE (S)<br>6/4/2018 - 6/5/2018 | COURT REPORTER<br>Cathy Pepper | COURTROOM DEPUTY<br>Brad Newell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/4/2018 | Yes | Yes | Schedulefly Documents |
| 2 | | 6/4/2018 | Yes | Yes | Check History Detail |
| 3 | | 6/4/2018 | Yes | Yes | Business Cards for Melissa Rogers and Dontay Kinchen |
| 4 | | 6/4/2018 | Yes | Yes | Doris Metropolitan Employee Handbook |
| 5 | | 6/4/2018 | Yes | Yes | Transaction Logs |
| | 4 | 6/4/2018 | Yes | Yes | Employee W-2's |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages