UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JAMES BLACK, et al, individually and on behalf**
**of those similarly situated employees,**

**Plaintiffs,**                                                             CIVIL ACTION NO. 2:16cv02708

**VERSUS**

**DMNO, LLC, et al**                                                 E(4)

**Defendants**

<u>**JOINT MOTION FOR APPROVAL OF SETTLEMENT**</u>
<u>**AND TO DISMISS CLAIMS WITH PREJUDICE**</u>

Plaintiffs, JAMES BLACK, ZACHARY ADAMS, CARLOS AYESTAS, ASARIA CRITTENDEN, DAVID PIERCE-FEITH, MARK GANDY, LARRY HUNT, JR., PATRICE JONES, ELIZABETH KUZMOVICH, AUSTIN LANE, ERIN LAWRENCE, ASHLEY NEWTON and BARBARA STAMATELATOS ("Plaintiffs"), and all Defendants, through their undersigned counsel, jointly move this Court to approve the Parties' settlement of the claims brought under the Fair Labor Standards Act ("FLSA") to which the Parties and their counsel have agreed and to enter a dismissal of all claims with prejudice. In support of this Joint Motion, they state as follows:

1. This matter involves an individual and a requested collective action claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") brought by Plaintiffs against Defendants, for tip pool violations, failure to pay for hours spent working off-the-clock, failure to pay over forty hours in a week at a rate of one and one half times their regular rate of pay and for improper use of the tip credit, which resulted in the failure to pay minimum wage.

2. The Parties agreed to a compromise as reflected in the Confidential Settlement Agreement and Release ("Settlement Agreement"), which resolves all of Plaintiffs' claims in

this litigation. The Parties will produce the Settlement Agreement for *in camera* inspection.

3. The purpose of the instant Motion is to request the Court to review and approve the Settlement Agreement that would resolve and finalize the collective action settlement.

WHEREFORE, Plaintiffs and Defendants move this Court to approve the settlement of all claims and enter a dismissal with prejudice of said claims.

This the 20th day of July, 2018.

Respectfully submitted,

**For the Plaintiffs:**

*/s/Laura L. Catlett*
Laura L. Catlett, Attorney at Law, LLC
Louisiana Bar No. 31431
3014 Dauphine Street, Suite X
New Orleans, LA  70117
Telephone: 504)521-7958
Fax:  (866)587-6697
Email:  LauraLCatlettLaw@gmail.com

and

*/s/Jessica M. Vasquez*
Vasquez Law Office
Louisiana Bar No. 27124
400 Poydras Street, Ste 900
New Orleans, LA  70130
Telephone:  (504)571-9582
Fax:  (504)684-1449
Email: jvasquex@vasqueslawoffice.com

**For the Defendants:**

s/Steven R. Cupp
Steven R. Cupp, Esq. (LA BAR NO. 21413)
Jaklyn Wrigley, Esq., PHV
FISHER & PHILLIPS LLP
2505 14th Street, Suite 300
Gulfport, Mississippi 39501
(228) 822-1440 - Telephone
scupp@fisherphillips.com
jwrigley@fisherphillips.com

FPDOCS 34314136.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the proceeding.

/s/ Steven R. Cupp
Steven R. Cupp
